IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Chest, Natussia | Case Number: 08 B 03052 |
| | Judge: Squires, John H |
| Printed: 8/26/08 | Filed: 2/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 555.60 | |
| Secured: | | 43.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 476.48 |
| Trustee Fee: | | 36.12 |
| Other Funds: | | 0.00 |
| Totals: | 555.60 | 555.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 476.48 |
| 2. | Monterey Financial Services | Secured | 600.00 | 43.00 |
| 3. | Internal Revenue Service | Priority | 4,285.77 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 19.08 | 0.00 |
| 5. | B-Real LLC | Unsecured | 45.66 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 27.64 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 15.99 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 14.40 | 0.00 |
| 9. | Rockford Mercantile Agency | Unsecured | 38.73 | 0.00 |
| 10. | Collins Financial Services Inc | Unsecured | 50.50 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 323.00 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 93.60 | 0.00 |
| 13. | Alliance One | Unsecured | | No Claim Filed |
| 14. | AFNI | Unsecured | | No Claim Filed |
| 15. | American Collection Corp | Unsecured | | No Claim Filed |
| 16. | Americarecov | Unsecured | | No Claim Filed |
| 17. | Americarecov | Unsecured | | No Claim Filed |
| 18. | Americarecov | Unsecured | | No Claim Filed |
| 19. | Americarecov | Unsecured | | No Claim Filed |
| 20. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 21. | Business Men Collection | Unsecured | | No Claim Filed |
| 22. | CCA | Unsecured | | No Claim Filed |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | Collection Company Of America | Unsecured | | No Claim Filed |
| 25. | Cda/Pontiac | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Chest, Natussia | | Case Number: 08 B 03052 |
| --- | --- | --- | --- |
| | | | Judge: Squires, John H |
| | Printed: 8/26/08 | | Filed: 2/11/08 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | Credit Protection Association | Unsecured | | No Claim Filed |
| 27. | Professioanl Crdit Services | Unsecured | | No Claim Filed |
| 28. | Capital One | Unsecured | | No Claim Filed |
| 29. | First Cash Advance | Unsecured | | No Claim Filed |
| 30. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 31. | Harris & Harris | Unsecured | | No Claim Filed |
| 32. | LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 33. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 34. | KCA Financial Services | Unsecured | | No Claim Filed |
| 35. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 36. | Midland Credit Management | Unsecured | | No Claim Filed |
| 37. | Mutual Management Services | Unsecured | | No Claim Filed |
| 38. | Village of Oak Park | Unsecured | | No Claim Filed |
| 39. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 40. | PLS Payday Loan Store | Unsecured | | No Claim Filed |
| 41. | TCF Bank | Unsecured | | No Claim Filed |
| 42. | US Bank | Unsecured | | No Claim Filed |
| 43. | Tri State Adjustment | Unsecured | | No Claim Filed |
| 44. | Washington Mutual | Unsecured | | No Claim Filed |
| 45. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 46. | US Cellular | Unsecured | | No Claim Filed |
| 47. | Rockford Mercantile Agency | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,998.37 | $ 519.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 6.5% | 36.12 |
| | _____ |
| | $ 36.12 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

